IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-84-BO

| | |
|---|---|
| GRACE COLLINS JOHNSON, individually and as the administrator of the estate of JOHN R. JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ORDER |

This matter comes back before the Court on defendant's renewed motion to dismiss. [DE 27]. The Court has considered defendant's motion, plaintiff's amended complaint, and plaintiff's arguments and exhibits in response to the instant motion. Having done so, the Court sees no reason to alter its previous decision that the government's motion to dismiss is properly denied. Therefore, defendant's renewed motion to dismiss is DENIED. [DE 27].

The Court now considers defendant's motion to strike plaintiff's supplemental response to defendant's renewed motion to dismiss. [DE 35]. Striking is a drastic remedy that is generally disfavored and not presently appropriate. *See* Fed. R. Civ. P. 12(f); *Waste Mgmt. Holdings v. Gilmore*, 252 F.3d 316, 347 (4th Cir. 2001). Accordingly, defendant's motion to strike is DENIED. [DE 35].

SO ORDERED, this 27 day of May, 2016.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE